## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

COASTAL WELLNESS CENTER, INC.,
a Florida corporation, a/a/o Kelly Wyman,
and TOTAL HEALTH CHIROPRACTIC, LLC, a
Florida limited liability corporation, a/a/o Richard
Fennell, on behalf of itself and all others similarly
situated,

 Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

 Defendant.
_____/

Case No. 0:17-CV-61950-WPD

## **NOTICE OF SELECTION OF MEDIATOR**

  Plaintiffs, Coastal Wellness Center, Inc. and Tower Health Chiropractic, LLC, by and through undersigned counsel, in compliance with this Court's Amended Order Setting Trial Date and Discovery Deadlines, Referring Case to Mediation and Referring Discovery Motions to U.S. Magistrate Judge [D.E. 37], hereby notify the Court that the parties have selected Brian F. Spector, Esq., Brian F. Spector, LLC, P. O. Box 566206, Miami, Florida 33256 (306-666-1664), as the mediator in this case.

  Dated: May 29, 2018.

                /s/ *Barbara Perez*
                Tod Aronovitz (FBN 186430)
                ta@aronovitzlaw.com
                Barbara Perez (FBN 989304)
                bp@aronovitzlaw.com
                **ARONOVITZ LAW**
                2 South Biscayne Boulevard
                One Biscayne Tower, Suite 3700
                Miami, FL 33131
                Tel: 305-372-2772
                Fax: 305-397-1886

Theophilos Poulopoulos (FBN 98070)
theo@injuredinflorida.com
**SCHILLER, KESSLER & GOMEZ, PLC**
7501 W. Oakland Park Boulevard
Suite 201
Ft. Lauderdale, FL 33319
Tel: 954-933-3000
Fax: 954-667-5805

Joel S. Perwin (FBN 316814)
jperwin@perwinlaw.com
sbigelow@perwinlaw.com
**JOEL S. PERWIN, P.A.**
169 E. Flagler Street, Suite 1523
Miami, FL 33131
Tel: 305-779-6090
Fax: 305-779-6095

Alaina Fotiu-Wojtowicz, Esq. (FBN 84179)
alaina@bfwlegal.com
docketing@bfwlegal.com
**BRODSKY FOTIU-WOJTOWICZ, PLLC**
169 E. Flagler Street, Suite 1224
Miami, FL 33131
Tel: 305-503-5054
Fax: 305-677-5089

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on the attached Service List.

*/s/Barbara Perez*

## SERVICE LIST

**COASTAL WELLNESS CENTER, INC., a Florida corporation, a/a/o Kelly Wyman, and TOTAL HEALTH CHIROPRACTIC, LLC., a Florida limited liability company, a/a/o Richard Fennell, on behalf of themselves and all others similarly situated, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
CASE NO. 0:17-CV-61950-WPD**

**Attorneys for Plaintiffs**:

Tod Aronovitz (FBN 186430)
ta@aronovitzlaw.com
Barbara Perez (FBN 989304)
bp@aronovitzlaw.com
**ARONOVITZ LAW**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3700
Miami, FL 33131
Tel: 305-372-2772
Fax: 305-397-1886

Theophilos Poulopoulos (FBN 98070)
theo@injuredinflorida.com
**SCHILLER, KESSLER & GOMEZ, PLC**
7501 W. Oakland Park Boulevard
Suite 201
Ft. Lauderdale, FL 33319
Tel: 954-933-3000
Fax: 954-667-5805

Joel S. Perwin (FBN 316814)
jperwin@perwinlaw.com
sbieglow@perwinlaw.com
**JOEL S. PERWIN, P.A.**
169 E. Flagler Street, Suite 1523
Miami, FL 33131
Tel: 305-779-6090
Fax: 305-779-6095

Alaina Fotiu-Wojtowicz (FBN 84179)
alaina@bfwlegal.com
docketing@bfwlegal.com
**BRODSKY FOTU-WOJTOWICZ, PLLC**
169 E. Flagler Street, Suite 1224
Miami, FL 33131
Tel: 305-503-5054
Fax: 305-677-5089

**Attorneys for Defendant**:

Benjamin Reid (FBN 183522)
breid@carltonfields.com
Stephanie A. Fichera (FBN 55813)
sfichera@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Tel: (305) 530-0050
Fax: (305) 530-0055

D. Matthew Allen (FBN 866326)
mallen@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
Tel: (813) 223-7000
Fax: (813) 229-4133