UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61950-WPD

COASTAL WELLNESS CENTERS, INC.,
a Florida corporation, a/a/o Kelly Wyman;
and TOTAL HEALTH CHIROPRACTIC,
LLC, a Florida limited liability corporation,
a/a/o Richard Fennell, on behalf of
themselves and all others similarly situated,
    Plaintiffs,
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court on the Stipulation of Dismissal Without Prejudice [DE 39] (the "Stipulation"), filed herein on August 24, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 39] is hereby **APPROVED**;

2. This action is **DISMISSED without prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 24th day of August, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record